DEBRA A. FITZSIMMONS (SBN 144590)
ELIE & ASSOCIATES
11070 White Rock Road, Ste. 200
Rancho Cordova, CA  95670
Telephone:  (916) 638-6610
Facsimile:   (916) 638-6607

Attorneys for Defendant,
BOMBADIER MOTOR CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PITTS <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL A. HANSEN; BRP US. INC., a Delaware Corporation and Does 1 to 10 <br><br> Defendants. | Case No. 2:05-CV-02413-LKK-PAN <br><br> **ORDER TO REMAND CASE TO STATE COURT** |

Having reviewed the parties' stipulation, and it appearing to this Court that the above-entitled action was removed to this Court improvidently, this Court being without jurisdiction over the above-entitled action, since no diversity of citizenship exists,

IT IS HEREBY ORDERED that the above-entitled action be and hereby is remanded to the Superior Court in the County of Alpine, State of California.

IT IS FURTHER ORDERED that the Status Conference, set for February 6, 2006, be and hereby is vacated.

Dated:  January 30, 2006.                                    /s/Lawrence K. Karlton
                                                                              Lawrence K. Karlton
                                                                              Senior Judge